# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JACQUELINE TOLBERT,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.** |
| ) | |
| vs. ) | |
| ) | |
| **CVS/PHARMACY STORE #04889,** ) | |
| **KENNETH TAYLOR, CASSIE** ) | |
| **NGUYEN, LINSEY WOODIE and** ) | |
| **MEREDITH FRAZIER,** ) | |
| ) | |
| **Defendants.** | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant CVS/Pharmacy Store #04889, whose correct name is Alabama CVS Pharmacy, L.L.C. (hereinafter "Defendant" or "CVS"), hereby submits this Notice of Removal of the above-entitled action from the Circuit Court of Jefferson County, Alabama to the United States District Court for the Northern District of Alabama, Southern Division. This is a civil action over which this Court has original jurisdiction based on federal question jurisdiction pursuant to 28 U.S.C. § 1331, and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a)-(c) because it contains claims founded upon federal law. In support of this notice, CVS shows as follows:

1. Plaintiff Jacqueline Tolbert ("Plaintiff") filed this action against CVS, Kenneth Taylor, Cassie Nguyen, Linsey Woodie and Meredith Frazier in the Circuit Court of Jefferson County on February 4, 2020. The Circuit Court designated the case as Civil Action No. 01-CV-2020-900455.00.

2. The Summons and Complaint were served on CVS by certified mail on or about February 11, 2020. There have been no other proceedings in the Circuit Court. Copies of all process, pleadings, and orders served upon CVS are attached as Exhibit 1. The individually-named defendants have not been served with process of any kind.

3. This is a civil action over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. §1331. Attached to Plaintiff's Complaint is a copy of the Charge of Discrimination alleging claims of race discrimination and retaliation under Title VII of the Civil Rights Act of 1964 that Plaintiff filed with the U.S. Equal Employment Opportunity Commission, dated October 25, 2019. Also attached to the Complaint is a copy of the EEOC's November 19, 2019 Dismissal and Notice of Rights. Plaintiff's State Court Action, filed thereafter on February 4, 2020, reasserts the claims of race discrimination and retaliation from her Charge. This case is therefore removable under 28 U.S.C. § 1441(a).

4. By virtue of the provisions of 28 U.S.C. §§ 1331, 1367 and 1441(a), this case is one that may be removed to this Court in that it is a civil action founded on claims or rights arising under the laws of the United States.

5. The Northern District of Alabama, Southern Division, is the federal district and division embracing Jefferson County, Alabama.  *See* 28 U.S.C. § 81.

6. This notice of removal is filed within thirty days of service of Plaintiff's complaint upon CVS and is therefore timely filed under 28 U.S.C. § 1446.  Accordingly, removal to this Court is proper under 28 U.S.C. §§ 1441(a) and 1446.

7. The individual defendants will join in CVS' removal of this action if and when they are served with process.

As required by 28 U.S.C. § 1446(d), a notice of the filing of this notice of removal, along with a copy of this notice, will be filed promptly in the Circuit Court of Jefferson County, Alabama.

s/ Hayden Bashinski<br>
Hayden Bashinski<br>
Attorney for Defendant<br>
Alabama CVS Pharmacy, L.L.C.

OF COUNSEL:
LITTLER MENDELSON, P.C.
420 20th Street North, Suite 2300
Birmingham, AL  35203-3204
Telephone: 205.421.4700
Facsimile: 205.421.4699
Email: hbashinski@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, a copy of the foregoing will be served on counsel of record by placing a copy of same in the U.S. mail, first class postage prepaid, and addressed as follows:

Jacqueline Tolbert
610 8th Avenue West
Birmingham, Alabama 35204

                                                s/ Hayden Bashinski
                                                OF COUNSEL