FILED
2020 Mar-06 PM 12:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Court Case Number |
|---|---|---|
| Form C-34   Rev. 4/2017 | | |

IN THE _____ COURT OF Jefferson _____ COUNTY, ALABAMA
(Circuit, District, or Juvenile)          (Name of County)

Jacqueline L. Tolbert     v.    CVS Pharmacy c/o David Jaffe
[Name(s) of Plaintiff(s)]              [Name(s) of Defendant(s)]

NOTICE TO: CVS Pharmacy c/o David Jaffe 1 CVS Drive, Woonsocket RI. 02895
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Jacqueline L. Tolbert _____, WHOSE
[Name(s) of Attorney(s)]
ADDRESS(ES) IS/ARE: 610-8th Avenue West, Birmingham, AL 35204
[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☒ Service by certified mail of this Summons is initiated upon the written request of _____
[Name(s)]
pursuant to the Alabama Rules of Civil Procedure.

FEB 3 4 2020    Jacquelin Anderson Smith    By: _____
(Date)            (Signature of Clerk)            (Name)

☐ Certified Mail is hereby requested. _____
(Plaintiff's/Attorney's Signature)

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
(Name of Person Served)            (Name of County)
Alabama on _____.
(Date)

_____   _____   _____
(Type of Process Server)   (Server's Signature)   (Address of Server)

_____
(Server's Printed Name)   (Phone Number of Server)

Jacqueline Tolbert

610 8th Avenue West

Birmingham, Alabama 35204

V.S

CVS/Pharmacy Store #04889

Kenneth Taylor, Cassie Nguyen, Linsey Woodie, Meredith Fraizer

I am a black female that was hired by CVS/Pharmacy in approximately 2015. In 2018, the work environment at CVS/Pharmacy became disorganized and toxic due to the current (PIC) Pharmacist in Charged was gone on maternity leave. I reached out the pharmacist on duty, Lindsey Woodie, in order to express my concerns. I verbally and also texted these concern to both Lindsey Woodie and Cassie Nguyen in which I have saved and printed. I also express my concern with Kenneth Taylor, Store Manager, at CVS #04889. After doing so, he threatens my job by saying he would terminate me. I then immediately bought this conversation to the attention of Cassie, Lindsey, and also CVS/Pharmacy Ethics Hotline. After consulting with the CVS benefit department and ethic hotline, the decision to take a FMLA due to work related and mental and emotional stress of my job. All of the thing was discussed by me and Kenneth Taylor. Even letting the benefit depart change my status and benefits. After relaying this message verbally to Cassie and Lindsey mid-June. Then emailing Meredith Frazier, District Leader, Region 33 District 6. About these matters. I was terminated. These emails that I typed to Meredith Frazier and the policies about CVS/Pharmacy zero retaliation policy. These email and text message are available for review. Job opportunities have been created in order to keep Caucasian staff employed at CVS/Pharmacy #04889. Caucasian have been giving full-time status with benefits since the beginning of employment vs. I had to work almost 8 months in order to get full-time status and benefits. When asked about a promotion to Lead Pharmacy Technician the reply from Cassie Nguyen was, we are just not doing the number of prescription. But, a new position was created for a Full-Time Inventory Specialist. After, my termination a Caucasian male was offered Full-Time

Lead Technician Position at CVS/Pharmacy #04889 whom have only been with CVS/Pharmacy for maybe a year. I have worked a constant and if need to be flexible schedule at CVS/Pharmacy for more than four years. I have been over looked for promotions and advancements with company.

Monetary Award Requested: $ 200,000.00

*Jacqueline Dalbert*
02/04/20

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Jacqueline Tolbert
610 8th Avenue West
Birmingham, AL 35204

From: Birmingham District Office
Ridge Park Place
1130 22nd Street
Birmingham, AL 35205

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2020-00010 | KEISHA JACKSON, Investigator | (205) 212-2118 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

BRADLEY A. ANDERSON,
District Director

NOV 19 2019
(Date Mailed)

Enclosures(s)

cc: CVS Pharmacy
c/o David M. Jaffe
1 CVS Drive
Woonsocket, RI 02895

# CHARGE OF DISCRIMINATION

Charge Presented To: [X] EEOC

Agency(ies) Charge No(s): 420-2020-00010

**Name:** Ms. Jacqueline Tolbert
**Home Phone:** (205) 470-6655
**Street Address:** 610 8th Avenue West, Birmingham, AL 35204

**Named is the Employer:**
**Name:** CVS PHARMACY
**No. Employees:** Unknown
**Phone No.:** (205) 987-7286
**Street Address:** 1881 CHASE DRIVE, Riverchase, AL 35244

**Discrimination Based On:** [X] RACE  [X] RETALIATION

**Date(s) Discrimination Took Place:**
Earliest: 02-01-2019
Latest: 06-22-2019

**THE PARTICULARS ARE:**

I am a Black female. I was hired by the above-named employer in approximately 2016 as an Inventory Specialist/Pharmacy Tech. While the pharmacist in Charge (PIC) went on maternity leave the work environment became disorganized. Kenneth Taylor informed me that I was not going to be paid as I was not in compliance with the timekeeping system. I have been overlooked for promotional opportunities and have not received any benefits that are on par with my counterparts. I complained about the circumstances and about the conduct of Kenneth Taylor using the company's hotline. In addition, I sent an e-mail to Meredith Frazier which, along with the details obtained from the company's hotline, was used to unjustly terminate me on 6/22/19.

I believe I was discriminated against because of my race - Black in violation of Title VII of the Civil Rights Act 1964, as amended.

Oct 25, 2019

Signature of Complainant: Jacqueline Tolbert

PRIVACY ACT STATEMENT. Under the Privacy Act of 1974, P.L. Law 93-579, authority to request personal data and its uses are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 5, Charge of Discrimination (11/09).

2. AUTHORITY. 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 1211, 42 U.S.C. 2000ff.

3. PRINCIPAL PURPOSES. The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. ROUTINE USES. This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION. Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against anyone, or for a union to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



AlaFile E-Notice

01-CV-2020-900455.00

To: CVS/PHAARMACY
C\O DAVID JAFFE
1 CVS DRIVE
WOODSOCKET, RI, 02895

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JACQUELINE L TOLBERT V. CVS/PHAARMACY
01-CV-2020-900455.00

The following complaint was FILED on 2/4/2020 2:54:20 PM

Notice Date:     2/4/2020 2:54:20 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2020-900455.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**JACQUELINE L TOLBERT V. CVS/PHAARMACY**

**NOTICE TO:** CVS/PHAARMACY, C\O DAVID JAFFE 1 CVS DRIVE, WOODSOCKET, RI 02895
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
jacqueline l tolbert
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 610 8th avenue west, birmingham, AL 35204
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JACQUELINE L TOLBERT pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

02/04/2020          /s/ JACQUELINE ANDERSON SMITH          By: _____
*(Date)*          *(Signature of Clerk)*          *(Name)*

☑ Certified Mail is hereby requested.          /s/ jacqueline l tolbert
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*
Alabama on _____ .
*(Date)*

_____          _____          *(Address of Server)*
*(Type of Process Server)*          *(Server's Signature)*          _____

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama Unified Judicial System | **COVER SHEET** | Case Number |
|---|---|---|
| Form ARCiv-93 Rev.9/18 | **CIRCUIT COURT – CIVIL CASE** (Not For Domestic Relations Cases) | C V ☐☐☐☐ ☐☐☐☐ ☐☐ - ☐☐ Date of Filing: ☐☐ ☐☐ ☐☐☐☐ Month Day Year    Judge Code: ☐☐☐☐☐ |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF **Jefferson**, ALABAMA
(Name of County)

**Jacqueline L. Tolbert** v. **CVS Pharmacy c/o David Jaffe**
Plaintiff                                             Defendant

First Plaintiff: ☐ Business ☒ Individual ☐ Government ☐ Other
First Defendant: ☒ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☒ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):   F ☒ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER: _____
                         R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☒ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☒ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ☐☐☐☐☐   Date: 02/04/20   Signature: *Jacqueline Tolbert*
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☒ NO ☐ UNDECIDED

Election to Proceed under the Alabama Rules for Expedited Civil Actions: ☐ Yes ☒ No



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
JACQUELINE L TOLBERT V. CVS/PHAARMACY

01-CV-2020-900455.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $7.05

**Parties to be served by Certified Mail - Return Receipt Requested**

CVS/PHAARMACY                                                    Postage: $7.05
C\O DAVID JAFFE
1 CVS DRIVE
WOODSOCKET, RI 02895

**Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested**

**Parties to be served by First Class Mail**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery   $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0002 1117 8582

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CVS/PHAARMACY
   C\O DAVID JAFFE
   1 CVS DRIVE
   WOODSOCKET, RI 02895

9590 9402 5246 9154 9236 33

2. Article Number *(Transfer from service label)*
   7019 2970 0002 1117 8582

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



AlaFile E-Notice

01-CV-2020-900455.00
Judge: BRENDETTE BROWN GREEN

To: TOLBERT JACQUELINE L (PRO SE)
610 8TH AVENUE WEST
BIRMINGHAM, AL, 35204-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JACQUELINE L TOLBERT V. CVS/PHARMACY
01-CV-2020-900455.00

The following matter was served on 2/10/2020

**D001 CVS/PHARMACY**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CVS/PHAARMACY
C\O DAVID JAFFE
1 CVS DRIVE
WOODSOCKET, RI 02895

9590 9402 5246 9154 9236 33

2. Article Number (Transfer from service label)

7019 2970 0002 1117 8582

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☑ Agent
☐ Addressee

B. Received by (Printed Name)


C. Date of Delivery
FEB 10 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

_cw2020 9004558_

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



**USPS TRACKING #**

9590 9402 5246 9154 9236 33

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
FEB 13 2020
JACQUELINE ANDERSON SMITH
CLERK